# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**VS.**                                                                 **CASE NO: 6:11-cr-143-Orl-22GJK**

**ROBERT WAYNE LAWSON**

## ORDER AND NOTICE
## OF SHOW CAUSE HEARING

This cause comes before the Court on a Report and Recommendation (Doc. No. 316), entered by the Magistrate Judge after conducting a Final Supervised Release Revocation Hearing pursuant to Local Rule 6.01(c)(16) on May 12, 2016.

After an independent *de novo* review of the record in this matter, and noting that no objections were filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1.    The Report and Recommendation entered May 12, 2016 (Doc. No. 316), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.    Defendant shall personally appear before this court on **WEDNESDAY, June 8, 2016, at 9:30 A.M.**, at the George C. Young U.S. Courthouse & Federal Building, 401 W. Central Boulevard, Sixth Floor, Courtroom 6A, Orlando, Florida, 32801, and shall show cause why supervised release should not be revoked.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on May 27, 2016.

*[signature]*
ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
United States Magistrate Judge
United States Marshals Service
United States Probation Office
Courtroom Deputy
Robert Wayne Lawson